(14 Misc. Rep. 233.)

## LUDWIG et al. v. GOVE.

(City Court of New York, General Term.    October 29, 1895.)

APPEAL—ORDER SUSTAINING DEMURRER.

An order sustaining a demurrer with leave to amend is not appealable.

Appeal from special term.

Action by Bernard J. Ludwig and another against Rolland E. Gove.    From an order sustaining a demurrer to the answer with leave to amend, defendant appeals.    Dismissed.

Argued before VAN WYCK, C. J., and FITZSIMONS, J.

Fellowes & Wright, for appellant

Wager & Acker, for respondents.

FITZSIMONS, J. The plaintiffs demurred to the defendant's answer. The demurrer was sustained, with leave to the defendant to amend his answer. An order to that effect was entered. From such order this appeal is taken. The appeal must be dismissed, because from the order entered herein no appeal lies. Denslow v. Bush, 9 Misc. Rep. 337, 29 N. Y. Supp. 705.

Appeal dismissed, with costs.